**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MICHAEL DARNELL JONES,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **Civil Action No. 3:25-cv-03249-E-BN** |
| | § | |
| **ANGEL O TORRES ET AL,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The United States District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff Michael Darnell Jones's leave to proceed in forma pauperis is **DENIED**. Further, because he has already been ordered to pay the filing fee and granted two extensions but failed to do so, this action is **DISMISSED without prejudice** under Federal Rule of Civil Procedure 41(b).

**SO ORDERED** on this **April 29, 2026**.

Ada Brown
UNITED STATES DISTRICT JUDGE